IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:05-CR-142 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| STEPHEN ARDIS and | ) | |
| KEVIN FIELDS, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the undersigned on January 19, 2006, for a motion hearing on defendant Fields' Motion to Suppress Physical Evidence [Doc. 30], filed on January 6, 2006, and defendant Ardis' Motion to Continue Trial and Motion Cutoff Date [Doc. 27], filed on January 6, 2006. Assistant United States Attorney Michael E. Winck was present representing the government. Boyd W. Venable, III appeared as counsel for, and with, defendant Kevin Fields and James W. Bell appeared as counsel for, and with, defendant Stephen Ardis.

At the hearing, Attorney Venable, on behalf of defendant Fields, announced his intent to withdraw his Motion to Suppress. Likewise, Attorney Bell, on behalf of defendant Ardis, announced his intent to withdraw his Motion to Continue Trial and Motion Cutoff Date.

1

For good cause shown, the Court **GRANTED** said motions to withdraw which moots the requested action. Accordingly, the defendants motions [Doc. 27 and 30] are **DENIED** as moot.

    **IT IS SO ORDERED.**

                                              ENTER:

                                              s/ C. Clifford Shirley, Jr.
                                            United States Magistrate Judge